BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2019, I caused to be served a true and correct copy of the Notice of Potential Tag-Along Actions upon the counsel listed on the attached Service List via the means described therein.

Dated: December 9, 2019　　　　　　　Signature: /s/ *Jonathan Stern*
　　　　　　　　　　　　　　　　　　　　　　　Jonathan Stern
　　　　　　　　　　　　　　　　　　　　　　　Arnold & Porter Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave., NW
　　　　　　　　　　　　　　　　　　　　　　　Washington DC 20001
　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 942-5000
　　　　　　　　　　　　　　　　　　　　　　　Fax No: (202) 942-5999
　　　　　　　　　　　　　　　　　　　　　　　Jonathan.Stern@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Endo*
　　　　　　　　　　　　　　　　　　　　　　　*Pharmaceuticals Inc. and Endo Health*
　　　　　　　　　　　　　　　　　　　　　　　*Solutions Inc.*

## AMENDED SERVICE LIST

*Estate of Becky McIlrath, by and through its co-administrators, Jaren Depenning and Beverly Depenning, et al. v. The Iowa Clinic, P.C. et al.,* **No. 4:19-cv-00386 (S.D. Iowa)**

<u>Served via CM/ECF Notification or Email:</u>

Scott Michael Wadding
Kemp & Sease
104 SW 4th Street
Suite A
Des Moines, IA 50309
515-883-2222
Fax: 515-883-2233
Email: swadding@kempsease.com

*Attorneys for Plaintiffs*

<u>Served by First Class Mail:</u>

The Iowa Clinic, P.C.
1410 SW Tradition Dr.
Ankeny, IA 50023

Thomas Hansen, M.D.
1730 1st Ave NE
Cedar Rapids, IA 52402

Pier Osweiler, ARNP
5950 University Ave.
West Des Moines, IA 50266

*Board of County Commissioners of Noble County v. Purdue Pharma LP, et al.,* **No. 5:19-cv-01127 (W.D. Okla.)**

<u>Served via CM/ECF Notification or Email:</u>

Harrison C Lujan
Fulmer Sill PLLC
1101 N Broadway Ave
Suite 102
Oklahoma City, OK 73103
405-510-0077

Fax: 405-510-0077
Email: hlujan@fulmersill.com

Matthew J Sill
Sill Law Group PLLC
1101 N Broadway
Suite 102
Oklahoma City, OK 73103
405-509-6300
Fax: 405-509-6268
Email: Matt@sill-law.com

Todd A Court
McAfee & Taft
211 N Robinson Ave
10th Fl
Oklahoma City, OK 73102
405-235-9621
Fax: 405-235-0439
Email: todd.court@mcafeetaft.com

Tony G Puckett
McAfee & Taft
211 N Robinson Ave
10th Fl
Oklahoma City, OK 73102
405-235-9621
Fax: 405-235-0439
Email: tony.puckett@mcafeetaft.com

*Attorneys for Plaintiff*


Mark Steven Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
mark.cheffo@dechert.com

*Attorney for Purdue Pharma, L.P., Purdue Pharma, Inc., and The Purdue Frederick Company*


Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP

1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

*Attorney for Cephalon, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis, LLC, Actavis Pharma, Inc., and Watson Pharma, Inc.*


Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorney for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc.*


Donna Welch
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2425
donna.welch@kirkland.com

*Attorney for Allergan, PLC, Actavis, PLC, and Watson Pharmaceuticals, Inc.*


Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199
(617) 951-7000
brien.o'connor@ropesgray.com

*Attorney for Mallinckrodt, PLC and Mallinckrodt, LLC*


J. Matthew Donohue
HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW 5th Ave.
Portland, OR 97204

(503) 517-2913
matt.donohue@hklaw.com

*Counsel for Defendant Insys Therapeutic, Inc.*


Russell D. Jessee
STEPTOE & JOHNSON PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326
(304) 353-8000
russell.jessee@steptoe-johnson.com

*Attorney for McKesson Corp.*


Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Attorney for Cardinal Health, Inc. and The Harvard Drug Group, LLC*


Robert A. Nicholas
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com

*Attorney for AmerisourceBergen Drug Corporation*


James W. Matthews
FOLEY & LARDNER LLP
111 Huntington Ave
Boston, MA 02199
(617) 342-4000
jmatthews@foley.com

*Attorney for Anda Pharmaceuticals, Inc. and Anda, Inc.*

Clifford F. Kinney, Jr.
SPILMAN, THOMAS & BATTLE, PLLC
300 Kanawha Blvd, E
Charleston, WV 25301
Tel: (304) 340-3800
ckinney@spilmanlaw.com

*Attorney for Keysource Medical, Inc.*


Frank H. Spruiell, Jr.
Russell R. Dickson
WIENER, WEISS & MADISON, APC
Ste. 1000
330 Marshall Street
Shreveport, LA 71101
Tel: (318) 226-9100
Fax: (318) 424-5128
fspruiell@wwmlaw.com
rdickson@wwmlaw.com

*Attorney for Morris & Dickson Co., LLC*


D. Todd Riddles
CHEEK LAW FIRM, PLLC
311 N. Harvey Ave.
Oklahoma City, OK 73102
Tel: (405) 272-0621
triddles@cheeklaw.com

John J. Haggerty
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 918-3564
jhaggerty@foxrothschild.com


*Attorneys for Quest Pharmaceuticals, Inc.*


Eric R. Delinsky
ZUCKERMAN SPAEDER LLP

1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800
edelinsky@zuckerman.com

*Attorney for CVS Health Corporation, CVS Pharmacy, Inc., and Oklahoma CVS Pharmacy, LLC*


Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street, Ste. 300
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreens Boots Alliance, Inc. a/k/a Walgreen Co.*


Robert A. Bragalone
GORDON & REES
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Tel: (214) 231-4714
Fax: (214) 461-4053
bbragalone@grsm.com

*Attorney for Perry Fine, M.D. and Lynn Webster, M.D.*


Served by First Class Mail:

GCP Pharma, LLC
45 NE 52nd Street
Oklahoma City, OK 73105

Physicians Total Care, Inc.
c/o Oklahoma Secretary of State
421 N.W. 13th, Ste. 210
Oklahoma City, OK 73103